**JUDGE SCHEINDLIN**

**07 CIV 8823**

File No. 801815

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

---

SCOTT WEILL,                                 :

                 Plaintiff,      : Civil Action No.:

-against-

WEBSTER TRUCKING CORP. and                   :
JOHNAS ANTHENY,

                Defendants.     :

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1

Defendant, Webster Trucking Corp., is not a publicly held corporation and does not have any corporate parents, subsidiaries or affiliates which are publicly held.

RAWLE & HENDERSON LLP

Dated: October 4, 2007          By: _____
                                               Jeffrey A. Segal
                                               Attorney for Defendant,
                                               Webster Trucking Corp.

2162691-1