UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SCOTT WEILL,                                                              Docket No.: 07CV8823

               Plaintiff(s),                              **JURY DEMAND**

      -against-

WEBSTER TRUCKING CORP. and JOHNAS ANTHENY,

               Defendant(s),
------------------------------------------------------------------------X

TO:   Rawle & Henderson, LLP
       40 Lake Center, Executive Park
       401 Route 73 North, Suite 200
       Marlton, NJ 08053
       Attorneys for Defendants

Demand is hereby made in the above captioned action under FRCP Rule 38 and Rul

5(d) for trial by jury of all issues in that above-captioned action.

Dated: Great Neck, New York
        October 22, 2007

                                                  THE YANKOWITZ LAW FIRM, P.C.
                                                  Attorneys for SCOTT WEILL

                                                  JACK A. YANKOWITZ (JY-3752)
                                                   175 East Shore Road
                                                    Great Neck, NY 11023
                                                    (516)622-6200
                                                    Our File No. 6911-07