STATE OF NEW YORK, COUNTY OF NASSAU ss.:

ALMA CORONADO being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in NASSAU County in the State of New York.

I served a true copy of the annexed JURY DEMAND on October 22, 2007 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

RAWLE & HENDERSON, LLP
Attorneys for Defendants
WEBSTER TRUCKING CORP. And
JOHNAS ANTHENY
40 Lake Center, Executive Park
401 Route 73 North, Suite 200
Marlton, NJ 08053
(856) 596-4800

_____
ALMA CORONADO

Sworn to before me October 22, 2007

_____
Notary Public

JACK A. YANKOWITZ
Notary Public, State of New York
02YA6015746
Qualified in Nassau County
Commission Expires November 9, 20 10