UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Weill

v

Webster Trucking

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8823 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: \_\_\_\_

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Dec. 3, 2007

United States District Judge

late - Jan. would be best.

Fine /s/