# RAWLE & HENDERSON LLP



JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office • *Established in 1783*

www.rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

March 4, 2008

**VIA FAX AND ECF**
Judge Shira A. Scheindlin
United States District Court
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York, NY 10007-1312

    Re:    Scott Weill v. Webster Trucking Corp. and Anthony J. Almanzar
            (Improperly Identified in Plaintiff's Complaint as Johnas Anthony)
            Civil Action No: 07-CV-8823
            Our File No. 801815

Dear Judge Scheindlin:

    With the consent of our adversary, we respectfully request a 30 day extension of the deadlines set forth in the scheduling order in the above matter due to difficulty coordinating the depositions of the parties. Therefore, we request that the deadlines be extended as follows:

> Depositions of all parties shall take place on or before April 5, 2008;
> Plaintiff shall provide expert reports no later than May 1, 2008;
> Defendant's expert reports shall be provided by May 22, 2008;
> Discovery shall be completed no later than. June 12, 2008;
> Expert Depositions shall be completed by June 12, 2008;
> Plaintiff shall provide its portion of the joint Pre-Trial Order to defendant no later than July 6, 2008;
> The final pre-trial conference in this matter shall be held on June 20, 2008.

    Thank you for your attention to this matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
      Jeffrey A. Segal
JAS/CAC
cc:    Jack A. Yankowitz, Esquire *(via fax)*

2319801-1