# RAWLE & HENDERSON



The Nation's Oldest Law Office - Established in 1783

www.rawle.com

JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

SUITE 4630
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE: (212) 858-7570
FACSIMILE: (212) 858-7750



April 8, 2008

**VIA FAX AND ECF**
Judge Shira A. Scheindlin
United States District Court
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York, NY 10007-1312

Re: Scott Weill v. Webster Trucking Corp. and Anthony J. Almanzar
Civil Action No: 07-CV-8823
Our File No. 801815

Dear Judge Scheindlin:

Defendants recently learned at plaintiff's deposition on April 2, 2008, that there was a witness to the accident. This information was not previously provided to us in plaintiff's discovery responses or Rule 26 Disclosures. Moreover, it was not included on the police report. Defendants herein request an additional 30 days time to obtain the witness' contact information and conduct his discovery deposition in this matter. Therefore, with our adversary's consent, we request that the deadlines be extended as follows:

 Depositions of all parties shall take place on or before May 8, 2008;
 Plaintiff shall provide expert reports no later than June 1, 2008;
 Defendant's expert reports shall be provided by June 22, 2008;
 Discovery shall be completed no later than. July 12, 2008;
 Expert Depositions shall be completed by July 12, 2008;
 Plaintiff shall provide its portion of the joint Pre-Trial Order to defendant no later than August 6, 2008;
 The final pre-trial conference in this matter shall be held on July 20, 2008.

2370120-1

PHILADELPHIA, PA PITTSBURGH, PA HARRISBURG, PA MEDIA, PA MARLTON, NJ NEW YORK, NY WILMINGTON, DE WHEELING, WV

# RAWLE & HENDERSON LLP

April 8, 2008
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

RAWLE & HENDERSON, LLP

By: Jeffrey A. Segal
JAS/MLB
cc:  Jack A. Yankowitz, Esquire *(via fax)*

Re:

> Defendants' request is denied. The deadlines for discovery, expert reports, and depositions, and the dates for submission of the Joint Pre-Trial Order and for the Final Pre-Trial Conference shall remain as currently scheduled. However, defendants may depose the newly discovered witness after the close of discovery.

Dated: New York, New York
April 10, 2008

SO ORDERED.

Shira A. Scheindlin
U.S.D.J.

2370120-1