04/25/2008  12:10   2155632583                    RAWLE                              PAGE  02/03

# RAWLE & HENDERSON




JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

April 24, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

CHAMBERS OF
APR 2 5 2008

**VIA FAX**
Judge Shira A. Scheindlin
United States District Court
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York, NY 10007-1312

  Re: Scott Weill v. Webster Trucking Corp. and Anthony J. Almanzar
     Civil Action No: 07-CV-8823
     Our File No. 801815

Dear Judge Scheindlin:

  We herein write requesting a conference to discuss a new discovery issue which has arisen in the above-referenced matter.

  By letter dated March 12, 2008, Defendants scheduled a pre-surgical orthopedic IME for plaintiff, Scott Weill, on April 23, 2008. We have now learned that plaintiff failed to attend the IME. Once learned, we called plaintiff's attorney and was given no explanation. We have also learned that there is a $100 no show fee for the missed appointment. We have scheduled the IME for May 21, 2008 at 1 p.m. as the next earliest available date. However, we are concerned that plaintiff will either undergo surgery before the IME, and defendants would therefore lose their ability to dispute the need for surgery, or plaintiff will again miss the appointment. Therefore, we request an order compelling plaintiff to pay the missed appointment fee, appear for the newly scheduled IME and prohibiting plaintiff from undergoing the elective left knee surgery before the new pre-surgical IME date.

  Also, by letter dated April 4, 2008, we requested contact information for the witness identified by plaintiff and not identified in the police accident report. As of this date, we have not received a response from counsel. In light of the foregoing, we herein renew our request for an extension of the current deadlines as follows:

    Depositions of all parties shall take place on or before May 8, 2008;
    Plaintiff shall provide expert reports no later than June 1, 2008;
    Defendant's expert reports shall be provided by June 22, 2008;
    Discovery shall be completed no later than July 12, 2008;

2387528-1

PHILADELPHIA, PA PITTSBURGH, PA HARRISBURG, PA MEDIA, PA MARLTON, NJ NEW YORK, NY WILMINGTON, DE WHEELING, WV

# RAWLE & HENDERSON LLP

April 24, 2008
Page 2

Expert Depositions shall be completed by July 12, 2008;
Plaintiff shall provide its portion of the joint Pre-Trial Order to defendant no later than August 6, 2008;
The final pre-trial conference in this matter shall be held on July 20, 2008.

Thank you for your anticipated attention and courtesy to this matter.

Respectfully submitted,

RAWLE & HENDERSON, LLP

*[signature]*
Jeffrey A. Segal

JAS/MLB

cc:  Jack A. Yankowitz, Esquire *(via fax)*

Defendants' request is denied, but defendants may submit the expert report following the May 21, 2008 IME no later than June 23, 2008.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
May 1, 2008

2387528-1