Scheindlin J

File No. 801815

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF THE STATE OF NEW YORK

RECEIVED CHAMBERS OF

SCOTT WEILL, :

             Plaintiff,       : Civil Action No. 07-CV-8823 SAS

-against-

WEBSTER TRUCKING CORP. and :
JOHNAS ANTHONY,

            Defendants.     :

DATE: 7/25/08

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

THE YANKOWITZ LAW FIRM, P.C.          RAWLE & HENDERSON, LLP

By: _____          By: _____
Jack A. Yankowitz, Esquire                Jeffrey A. Segal, Esquire
175 East Shore Road                       140 Broadway, Suite 4636
Great Neck, NY 11023                   New York, NY 10005
Attorney for Plaintiff                      Attorney for Defendants

Dated: May 21, 2008                        Dated: 7-17-08

SO ORDERED:

_____
Honorable Shira A. Scheindlin    7/25/08